UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-00207-AC-1 |
| | ) 2:15-CR-00218-AC |
| Plaintiff, | ) |
| | ) [~~Proposed~~] ORDER TO CONTINUE |
| v. | ) JURY TRIAL |
| | ) |
| WILLIAM LOUIS FILTER, | ) DATE:  March 7, 2016 |
| | ) TIME:  9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Allison Claire |

ORDER

It is hereby ordered that the jury trial presently set for March 28, 2016 at 9:00 a.m. be continued to May 2, 2016 at 9:00 a.m.

DATED: February 11, 2016

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE