Kresta Nora Daly, SBN 199689
Berit Lynn Elam, SBN 307389
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com
Email:  belam@barth-daly.com

Attorneys for Defendant
WILLIAM FILTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00218-KJM |
| Plaintiff, | **MOTION TO STAY APPEAL** |
| v. | |
| WILLIAM LOUIS FILTER, | |
| Defendant. | |

### DEFENDANT'S MOTION FOR STAY OF APPEAL

**I.     INTRODUCTION**

Mr. Filter moves for a stay of his appeal in this case pending the disposition of his motion requesting an extension of time to file a Rule 33 motion and any potential Rule 33 motion.  While Mr. Filter's trial counsel filed a notice of appeal, a Rule 33 motion should have been filed first based on the nature of Mr. Filter's appellate argument.  The undersigned counsel substituted in for trial counsel on July 18th and thereafter filed a motion requesting an extension to file the proper Rule 33 motion.  Should the magistrate court grant an extension, the Rule 33 motion could be dispositive of Mr. Filter's appeal.

///

///

## II.     PROCEDURAL HISTORY

On October 21, 2015 Mr. Filter was charged with a one count violation of Title 16 United States Code section 704(b)(1), Unlawful Taking of a Migratory Bird.  On November 5, 2015, the government filed a second information charging Mr. Filter with a violation of Title 16 United States Code section 704(b)(2), Unlawful Baiting of a Migratory Bird.  Magistrate Judge Allison Claire declined to sign the government's proposed order for related cases, and instead ordered the two cases be consolidated.

Mr. Filter was offered a plea agreement to which he initially agreed.  Prior counsel failed to explain to Mr. Filter that the plea agreement would require him to agree to a hunting ban lasting one to three years.  When he learned this, Mr. Filter decided not to change his plea.  At the hearing where his change of plea was cancelled, Mr. Filter's counsel asked to be removed at Mr. Filter's request.  An ex parte hearing between Mr. Filter, his counsel, and Judge Claire was held on the matter.  At the conclusion of the hearing it was announced defense counsel would remain.

A two-day jury trial took place in Judge Claire's court on May 2nd and May 3rd, 2016.  At the conclusion, the jury returned a verdict of guilty on both counts.  Mr. Filter was sentenced on June 17, 2016 to a five thousand dollar fine and thirty-six months of court probation.  As a condition of probation, Mr. Filter was prohibited from hunting for a period of three years.  After a follow-up reminder from Mr. Filter, Mr. Filter's trial counsel filed a notice of appeal on Mr. Filter's behalf on June 30, 2016.  Mr. Filter met with the undersigned counsel with the intent to hire a new attorney to handle his appeal and the undersigned counsel was substituted in on July 18, 2016.  On July 25, 2016, the undersigned counsel filed a motion for an extension to file a Rule 33 motion for new trial before Judge Claire.  (*See* Case No. 2:15-mj-207-AC, Doc. 68.)

## III.    REQUEST FOR STAY

Upon speaking with Mr. Filter and reviewing his case, the undersigned counsel determined the appropriate course of action was to file a motion for new trial.  The fourteen-day deadline for filing a motion for new trial had passed prior to the undersigned substituting in on the case, so a motion for an extension to file the Rule 33 motion was filed in front of Judge Claire.  Due to the nature of Rule 33 motions for new trial and the fact that they are typically pursued immediately after

trial and before an appeal, they are potentially dispositive of the appeal or may change the proceeding upon which the appeal would be based. Mr. Filter would like to preserve his ability to pursue his appeal, but because of the potentially dispositive nature of his request for extension and possible Rule 33 motion, would like to stay his appeal and all related filing deadlines until the litigation on the Rule 33 matter is complete.

## V.   CONCLUSION

Because the result of his motion for extension to file a Rule 33 motion and possible Rule 33 motion may be dispositive of his appeal, Mr. Filter respectfully requests a stay of his appeal until his motion for extension and any potential Rule 33 motion have been fully litigated.

Dated:  July 26, 2016.           Respectfully submitted,

BARTH DALY LLP

By____/s/ Berit Lynn Elam_____
    BERIT LYNN ELAM
    Attorneys for WILLIAM FILTER

**O R D E R**

GOOD CAUSE APPEARING it is so ordered this 15th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE