UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM LOUIS FILTER,<br><br>    Defendant. | No.  2:15-mj-00207 AC<br><br>No.  2:15-cr-00218 AC<br><br><br>ORDER |

On November 15, 2016, the court ordered defendant William Louis Filter to personally appear and show cause why his motion for leave to file an out-of-time Rule 33 motion for a new trial, ECF No. 68, should not be denied for failure to prosecute.  On November 28, 2016, defendant failed to appear at the show cause hearing.  Accordingly, IT IS HEREBY ORDERED that defendant's motion, ECF No. 68, is DENIED for failure to prosecute

IT IS SO ORDERED.

DATED: November 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE