UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM LOUIS FILTER,<br><br>    Defendant. | 2:15-cr-00218-AC<br><br>ORDER TO SHOW CAUSE<br><br><br>Date: August 21, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Allison Claire |

### ORDER TO SHOW CAUSE AND ISSUE NOTICE TO APPEAR

It is Hereby Ordered that the defendant shall appear on August 21, 2017, at 9:00 a.m. to show cause why the probation granted on June 17, 2016, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a notice to appear directing the defendant to appear on August 21, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 11, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE