UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-00218-AC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| WILLIAM LOUIS FILTER, | Date: N/A<br>Time: N/A |
| Defendant. | Judge: Hon. Allison Claire |

**ORDER TO SHOW CAUSE AND ISSUE BENCH WARRANT**

Upon consideration of the Probation Revocation Petition filed by the United States on November 21, 2017, IT IS HEREBY ORDERED that the defendant WILLIAM LOUIS FILTER shall show cause why the probation granted on June 17, 2016, should not be revoked for the defendant's failure to comply with his Court-ordered probation. IT IS FURTHER ORDERED that given the defendant's prior record of failing to comply the Court orders in this matter, a bench warrant shall issue.

Dated: November 27, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE